UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSE EDUARDO GOMEZ PAVON,<br><br>            Defendant. | Case No.:  20-cr-01576-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

   Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

   IT IS ORDERED that the Information in Case No. 20-cr-01576-WQH against defendant JOSE EDUARDO GOMEZ PAVON be, and hereby is, dismissed;

   IT IS SO ORDERED.

Dated:  December 16, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court